**TIFFANY & BOSCO, P.A.**
Krista J. Nielson, Esq.
Nevada Bar No. 10698
Regina A. Habermas, Esq.
Nevada Bar No. 8481
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com
TB File No. 24-70340

Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>ALFRED THOMAS DEVAULT<br><br>Debtor. | Case No. 25-11198-abl<br><br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

## REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

COMES NOW, **TIFFANY & BOSCO, P.A.**, as attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB ("Creditor"), and hereby requests special notice of all events relevant to the above-referenced bankruptcy, including all pleadings or notices under the Federal Rule of Bankruptcy Procedures, the commencement of any adversary proceedings, the filing of any requests for hearings, objections and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest, and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

TIFFANY & BOSCO, P.A. requests that for all notice purposes and for inclusion in the master mailing list in this case that the following be given to and served upon the undersigned at the following address and telephone number:

**TIFFANY & BOSCO, P.A.**
c/o Regina A. Habermas, Esq.
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
(702) 258-8200

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion, nor any other writing or conduct shall constitute a waiver of any rights Creditor may be entitled to exercise.

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed. R. Bankr. Rule 7004. Creditor must be served directly and does not authorize TIFFANY & BOSCO, P.A., to act as its agent for purposes of service under Fed. R. Bankr. Rule 7004.

DATED this 24th day of March, 2025.

**TIFFANY & BOSCO, P.A.**

By: /s/ Regina A. Habermas, Esq.
**REGINA A. HABERMAS, ESQ.**
Attorney for Creditor
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135

**TIFFANY & BOSCO, P.A.**
Krista J. Nielson, Esq.
Nevada Bar No. 10698
Regina A. Habermas, Esq.
Nevada Bar No. 8481
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com
TB File No. 24-70340

Attorneys for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-46CB, Mortgage Pass-Through Certificates, Series 2005-46CB

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>ALFRED THOMAS DEVAULT<br><br>                      Debtor. | Case No. 25-11198-abl<br><br>Chapter 13<br><br>**CERTIFICATE OF MAILING** |

**<u>CERTIFICATE OF MAILING</u>**

1. On March 24, 2025, I served the following document:

**REQUEST FOR SPECIAL NOTICE**

2. I caused to be served the above-named document by the following means to the persons as listed below:

   X   **a. ECF System**

        Erik C Severino
        erik@mylasvegaslawyers.com
        Attorney for Debtor

        Kathleen A. Leavitt
        courtsecf3@las13.com
        Trustee

| | |
|---|---|
| 1 |     X  **b. United States mail, postage fully prepaid:** |
| 2 | Alfred Thomas Devault |
| 3 | 4571 Dopo Ct.<br>Las Vegas, NV 89135 |
| 4 | Debtor |
| 5 | **I declare under penalty of perjury the foregoing is true and correct.** |
| 6 | DATED this 24th day of March, 2025. |
| 7 | |
| 8 | By: __/s/ Michelle Benson__ |

2