KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street, Suite 101
Las Vegas, NV  89101
(702) 853-0700
kal13mail@las13.com

E-FILED: 7/23/25

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

IN RE:
**ALFRED THOMAS DEVAULT**

Case No: -25-11198-ABL

Debtor

**CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION**

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

YOU WILL PLEASE TAKE NOTICE that Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the 90 day Bar Date. Government claims will be reviewed after the 180 day bar date and notice will be sent if applicable.

YOU WILL PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claim(s) filed with the Clerk contains the same information AS SET FORTH BELOW to include but not limited to: (1)the creditor's claim was  filed or not filed; (2)the creditor's address to receive payments is accurate; (3)the claim amount is accurate; (4)the creditor's claim is scheduled as either "timely filed", "late filed" or "not filed"; (5)that the classification of the creditor's claim as either  "secured", "priority", "unsecured", "direct pay by debtor", "surrendered", "no plan provision", or such other applicable classification, is accurate; (6)and that the treatment and payment on each creditor's claim including, if appropriate, the payment of and rate of interest), is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

YOU WILL PLEASE TAKE FURTHER NOTICE that Conduit claims by Trustee will be paid pursuant to the confirmed Chapter 13 plan and, as such, the claim information will not be listed below.

YOU WILL PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the

Bankruptcy Court, is not accurate for any reason, including the reasons set forth above; then you must timely file a written objection to the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution on or before August 22, 2025. The written objection must be filed **or e-filed** with the Clerk of the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Fourth Floor, Las Vegas, Nevada 89101 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is set forth above, along with the date, time, and place of the hearing on the objection.

YOU WILL PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the Chapter 13 Trustee's Notice to Debtor(s) and Creditors of Filed Claims, Classification, and Proposed Distribution. No further Order of the Court will be entered in the absence of any objection to this notice.

YOU WILL PLEASE TAKE FURTHER NOTICE that funds provided to be paid to a creditor through the Chapter 13 Plan but for which no Proof of Claim has been filed will be forwarded to the Clerk of U. S. Bankruptcy Court, District of Nevada, as unclaimed funds.

NOTICE IS HEREBY GIVEN that the following list below is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution.  This plan proposes that the Debtor pay a Base Amount (a specific dollar amount) to the Plan.  The exact percentage of distribution to unsecured non-priority claims will depend upon available funds and all claims filed and allowed in this case.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION | |
|---|---|---|---|
| **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** <br> PO BOX 10826 <br> GREENVILLE, SC 29603-0826 | | RESIDENCE ONGOING MORTG PMT BY TRUSTEE <br> Conduit Payments by Trustee <br> **TRUSTEE CLAIM# 00002 / COURT CLAIM #** | 2868 |
| **SIENA COMMUNITY ASSOCIATION** <br> C/O RED ROCK FINANCIAL SERVICES <br> 770 E WARM SPRINGS RD <br> SUITE 320 <br> LAS VEGAS, NV 89119 | $4,255.47 <br> AT 0.00% INT | SECURED-OTHER <br> EXACTLY 100.00% TO BE PAID <br> **TRUSTEE CLAIM# 00003 / COURT CLAIM # 4** | 6022 |
| **REDROCK FINANCIAL SERVICES** <br> 770 E. WARM SPRINGS RD. STE 320 <br> LAS VEGAS, NV 89119 | $0.00 <br> AT 0.00% INT | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00006 / COURT CLAIM #** | |
| **SHELLPOINT** <br> PO BOX 650840 <br> DALLAS, TX 75265 | $0.00 <br> AT 0.00% INT | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00007 / COURT CLAIM #** | |
| **SIENA COMMUNITY ASSOCIATION** <br> C/O FIRST SERVICE RESIDENTIAL <br> 8290 ARVILLE ST. <br> LAS VEGAS, NV 89139 | $0.00 <br> AT 0.00% INT | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00008 / COURT CLAIM #** | |
| **NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICI** <br> PO BOX 10826 <br> GREENVILLE, SC 29603-0826 | $0.00 <br> AT 0.00% INT | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00009 / COURT CLAIM #** | |
| **THE BANK OF NEW YORK MELLON FKA THE BANK OF** <br> , 00000 | $0.00 <br> AT 0.00% INT | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00010 / COURT CLAIM #** | |
| **QUANTUM3 GROUP LLC AS AGENT FOR** <br> CONCORA CREDIT INC <br> PO BOX 2489 <br> KIRKLAND, WA 98083-2489 | $637.56 <br> AT 0.00% INT | UNSECURED <br> APPROXIMATELY 100.00% TO BE PAID <br> **TRUSTEE CLAIM# 00011 / COURT CLAIM # 1** | 9699 |
| **TIFFANY & BOSCO, P.A.** <br> C/O REGINA A. HABERMAS, ESQ. <br> 10100 W. CHARLESTON BOULEVARD, <br> SUITE 220 <br> LAS VEGAS, NV 89135 | $0.00 <br> AT 0.00% INT | UNSECURED BY MATRIX <br> NOT FILED <br> APPROXIMATELY 0.00% TO BE PAID <br> **TRUSTEE CLAIM# 00012 / COURT CLAIM #** | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** <br> POB 12914 <br> NORFOLK, VA 23541 | $533.16 <br> AT 0.00% INT | UNSECURED <br> APPROXIMATELY 100.00% TO BE PAID <br> **TRUSTEE CLAIM# 00013 / COURT CLAIM # 2-2** | 4948 |
| **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING** <br> PO BOX 10826 <br> GREENVILLE, SC 29603-0826 | $87,109.19 <br> AT 0.00% INT | RESIDENCE MORTG ARREARS PRE PETITION <br> EXACTLY 100.00% TO BE PAID <br> **TRUSTEE CLAIM# 00014 / COURT CLAIM # 3** | 2868 |

| ALFRED THOMAS DEVAULT | | | BKS-25-11198-ABL |
|---|---|---|---|
| **NAME AND ADDRESS OF CREDITOR** | **AMOUNT** | **CLASSIFICATION** | |
| **NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING**<br>PO BOX 10826<br>GREENVILLE, SC  29603-0826 | $1,485.45<br>AT 0.00% INT | RESIDENCE MORTGAGE GAP PAYMENT<br>EXACTLY 100.00% TO BE PAID | 2868 |
| | **TRUSTEE CLAIM# 00015 / COURT CLAIM #** | | |
| **SIENA COMMUNITY ASSOCIATION**<br>C/O RED ROCK FINANCIAL SERVICES<br>770 E WARM SPRINGS RD<br>SUITE 320<br>LAS VEGAS, NV  89119 | $0.00 | SECURED DIRECT<br>NOT FILED<br>Paid direct by Debtor | 6022 |
| | **TRUSTEE CLAIM# 00016 / COURT CLAIM #** | | |

/s/Esther Carr

for Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

Kathleen A. Leavitt
Chapter 13 Trustee
711 S 4th Street, Suite 101
Las Vegas NV, 89101
(702) 853-0700

# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEVADA

### CERTIFICATE OF SERVICE

| IN RE: | CASE NO: 25-11198-ABL |
|---|---|
| ALFRED THOMAS DEVAULT | Chapter 13 |
| **Debtor (s)** | |

I hereby certify that I am an employee of KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on July 23, 2025, I provided a copy of the Notice of Filed Claims, Classification and Proposed Distribution to each of the following by:

**[X] a. United States mail, via First Class United States Mail, postage fully prepaid.**

   See EXHIBIT A for mailing matrix

**[X] b. ECF System:**

                                              /s/ Esther Carr
                                              Employee of
                                              Kathleen A. Leavitt
                                              Chapter 13 Standing Trustee

# **CERTIFICATE OF SERVICE** - EXHIBIT A - Mailing Matrix

ALFRED THOMAS DEVAULT 4571 DOPO CT LAS VEGAS NV 89135

LAW OFFICE OF ERIK SEVERINO 7251 W LAKE MEAD BLVD SUITE 300 LAS VEGAS NV 89128

NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICI PO BOX 10826 GREENVILLE SC 29603-0826

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING PO BOX 10826 GREENVILLE SC 29603-0826

PORTFOLIO RECOVERY ASSOCIATES LLC POB 12914 NORFOLK VA 23541

QUANTUM3 GROUP LLC AS AGENT FOR CONCORA CREDIT INC PO BOX 2489 KIRKLAND WA 98083-2489

REDROCK FINANCIAL SERVICES 770 E. WARM SPRINGS RD. STE 320 LAS VEGAS NV 89119

SHELLPOINT PO BOX 650840 DALLAS TX 75265

SIENA COMMUNITY ASSOCIATION C/O FIRST SERVICE RESIDENTIAL 8290 ARVILLE ST. LAS VEGAS NV 89139

SIENA COMMUNITY ASSOCIATION C/O RED ROCK FINANCIAL SERVICES 770 E WARM SPRINGS RD SUITE 320 LAS VEGAS NV 89119

TIFFANY & BOSCO PA C/O REGINA A HABERMAS ESQ 10100 W CHARLESTON BLVD SUITE 220 LAS VEGAS NV 89135

TIFFANY & BOSCO, P.A. C/O REGINA A. HABERMAS, ESQ. 10100 W. CHARLESTON BOULEVARD, SUITE 220 LAS VEGAS NV 89135