_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
September 29, 2025

Erik Severino, Esq.
Nevada Bar 10221
LAW OFFICE OF ERIK SEVERINO
7251 W. Lake Mead Blvd., #300
Las Vegas, NV 89128
(702) 370-0155
Erik@mylasvegaslawyers.com
Attorney for Debtor.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | ) | Chapter: 13 |
|---|---|---|
|  | ) | Case No.: 25-11198-abl |
| ALFRED THOMAS DEVAULT, | ) |  |
|  | ) | Hearing Date: NA |
|  | ) | Hearing Time: NA |
| Debtor | ) |  |
|  | ) |  |
|  | ) |  |

**ORDER GRANTING EX PARTE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES PURSUANT TO L.R. 2016.2(a)**

The Ex-Parte Application for Compensation and Reimbursement of Expenses filed by the above-named Debtor's attorney, the Court having considered the Ex-Parte Application for Compensation and Reimbursement of Expenses Pursuant to L.R. 2016(1)(a), and for good cause appearing:

. . .
. . .

1  **IT IS HEREBY ORDERED** that the attorney for Debtor, Erik C. Severino, is hereby
2  permitted presumptive attorney's fees in the amount of $4,000.00, which represents the
3  remainder of the $5,000.00 flat fee charged for the services provided in the Debtor's Ch. 13
4  Bankruptcy.

5  **IT IS FURTHER ORDERED** that said fees will be paid from the moneys already paid
6  by the Debtor into her Ch. 13 Plan either after this Order is entered on the Court's docket,
7  confirmation of Debtor's Plan, or, dismissal of Debtor's case.

8  In accordance with Local Rule 9021, counsel submitting this document certifies as
9  follows (check one):

10  __X__  The Court waived the requirements of LR 9021
11  _____  No parties appeared or filed written objections, and there is no Trustee appointed in this case.
12  _____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any Trustee appointed in this case, and each has approved or disapproved
13  the order, or failed to respond, as indicated below (List each party and whether the party has approved, disapproved, or failed to respond to the
14  document)
15  _____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LF 9014(g), and that no party has objected to the form or content of the order.

16
17  DATED this 26th day of September, 2025

Submitted by:
18
LAW OFFICE OF ERIK SEVERINO
19
By: /s/ Erik Severino, Esq.
20      Erik Severino, Esq.
        LAW OFFICE OF ERIK SEVERINO
21      7251 W. Lake Mead Blvd., #300
        Las Vegas, NV 89128
22      Attorney for Debtor

23                                    # # #

24

NVB 2016 (05/2022)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

### Fee Application Cover Sheet

Case No.: 25-11198-abl    Chapter: 13    Hearing Date/Time: NA/Ex Parte

Debtor: ALFRED THOMAS DEVAULT

Applicant: ERIK SEVERINO, ESQ.

Date of Employment: 03/04/2025

Interim Fee Application No: _____ OR    Final Fee Application  X

**Amounts Requested:**    Client Approval: Yes ☑ No ☐

Fees:         $ 5,000.00

Expenses:     $ _____

Total:        $ 5,000.00

Hours: _____    Blended Rate: $ 400.00

Fees Previously Requested:  $ _____    Awarded: $ _____

Expenses Previously Requested: $ _____   Awarded: $ _____

Total Previously Requested: $ _____    Awarded: $ _____

Total Amount Paid:   $ 1,000.00

**Chapter 13 Cases ONLY:**

Yes ☑ No ☐  Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on 09/26/2025 .

Yes ☐ No ☑  Participated in the Mortgage Mediation Program: **If yes,** amount received: $ _____

I certify under penalty of perjury that the above is true.

_____[signature]_____    Date 09/26/2025
Signature