KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV  89101
kal13mail@las13.com

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: BKS-25-11198-ABL** |
| **ALFRED THOMAS DEVAULT** | **NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE** |
| **Debtor (s)** | |

**TO THE DEBTOR(S) AND HIS OR HER ATTORNEY:**

**YOU ARE DELINQUENT IN YOUR CHAPTER 13 PLAN PAYMENTS AND YOUR CASE MAY BE DISMISSED, UNLESS YOU TAKE ACTION BY November 06, 2025.**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee's records show that you have not made all of the payments required by your Confirmed Plan.

YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.  As of October 06, 2025, payments are delinquent in the amount of $6896.00.  A list of payments received is attached as "Exhibit A".  Any tax refunds or proceeds from insurance or sales do not appear on the Exhibit.

**YOUR PLAN INCLUDES CONDUIT MORTGAGE OR VEHICLE PAYMENTS TO A SECURED CREDITOR.  BECAUSE YOU HAVE NOT MADE ALL PLAN PAYMENTS THE TRUSTEE CANNOT MAKE THE ONGOING MORTGAGE OR VEHICLE PAYMENTS AS REQUIRED BY THE CHAPTER 13 PLAN.**

IN ORDER TO CONTINUE TO RECEIVE THE PROTECTION OF THE U.S. BANKRUPTCY COURT:

**YOU MUST, by November 06, 2025, do one of the following:**

**1)   YOU MUST,** by November 06, 2025, bring the case current by paying,  to the Chapter 13 Trustee, the amount of $10344.00  (This amount represents your delinquency plus your next plan payment due after October 06,

2025);

**OR**

      **2)   YOU MUST**, by November 06, 2025, file a Modified Chapter 13 Plan. Such modified Plan must propose terms under which you would not be in default and which will provide for Plan completion within 60 months of the original date you filed your Chapter 13 petition;

      **IF YOU DO NOT COMPLY BY November 06, 2025, YOUR CASE MAY BE DISMISSED.**

      **THIS NOTICE ADDRESSES PLAN PAYMENT DEFAULT ONLY AND DOES NOT ADDRESS OTHER PROBLEMS THAT MAY EXIST IN YOUR CASE.  PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY.**

Dated: October 07, 2025

/s/ Kathleen A. Leavitt  
Kathleen A. Leavitt  
Chapter 13 Trustee

**Exhibit A to Notice of Default**                                           **CASE NO.: 25-11198-ABL**
**ALFRED THOMAS DEVAULT**

| Date Posted | Source Number | Description | Amount of Receipt |
|---|---|---|---|
| Jun 25, 2025 | I19BLS0CMD-Plan | ePay Receipt | 9,702.00 |
| Aug 13, 2025 | I1PPFPCXJH-Plan | ePay Receipt | 3,448.00 |
| Sep 12, 2025 | I1NDFCVXP3-Plan | ePay Receipt | 3,448.00 |
| | | **Gross Debtor Receipts:** | **$16,598.00** |

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV  89101

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>**ALFRED THOMAS DEVAULT**<br><br><br>**Debtor (s)** | CASE NO: BKS-25-11198-ABL<br>**Chapter 13** |

**CERTIFICATE OF SERVICE**

1. On October 07, 2025 I served the following document(s):

   **NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE**

2. I served the above- named document(s) by the following means to the persons as listed below:

   **United States Mail, postage fully prepaid**

| | |
|---|---|
| ALFRED THOMAS DEVAULT<br>4571 DOPO CT<br>LAS VEGAS, NV  89135 | LAW OFFICE OF ERIK SEVERINO<br>7251 W LAKE MEAD BLVD<br>SUITE 300<br>LAS VEGAS, NV  89128 |

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 10/7/25

/s/ Esther Carr
Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee