**KATHLEEN A. LEAVITT**                                             E-File
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**711 S 4th Street, Suite 101**
**Las Vegas, NV  89101**
**kal13mail@las13.com**
**Tel: (702) 853-0700**
**Fax: (702) 853-0713**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

ALFRED THOMAS DEVAULT

                                              Debtor(s).

**Chapter 13**
**Case No:-25-11198-ABL**

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

**MOTION TO DISMISS**
Hearing Date:  May 14, 2026
Hearing Time:  2:00 pm

Comes now KATHLEEN A. LEAVITT, Chapter 13 Bankruptcy Trustee, in the above captioned bankruptcy case and hereby alleges as follows:

<u>Statement of Facts</u>

1. Debtor(s) filed an Original Petition under Chapter 13, Title 11 of the United States Code on March 04, 2025.

2. Chapter 13 Plan #1 was confirmed by the Court on 06/26/2025 (hereinafter "Plan").

3. Balance on hand with the Trustee at the time of filing this motion is $0.00.

<u>Argument</u>

The Trustee requests that this case be dismissed pursuant to 11 U.S.C. §1307 for one or more of the following reasons:

- Section 1307 (c)(1)  Unreasonable delay by the Debtor(s) that is prejudicial to creditors:

  ◦  Failure to make Plan payments.  Current delinquency is $13,792.00.

- Section 1307 (c)(6)  Material default by the debtor with respect to a term of a confirmed plan:

◦ Failure to make plan payments

The last payment by the Debtor(s) was made on 12/03/2025 and the Debtor(s) is/are $13,792.00 in default under the terms of the Plan. As a result, the Trustee does not have sufficient funds to pay the monthly contract installment payments of Conduit Creditor(s) or such other Post petition payments as required by the Chapter 13 Plan #1.  Accordingly, Trustee requests an Order dismissing the case unless the Debtor(s) **EITHER:**

A.  cure(s) the default **AND** remain(s) current with all future payments coming        due, **OR**

B.  file(s) a Modified Plan and commence payments.

Conclusion

WHEREFORE, the Chapter 13 Trustee prays for an Order dismissing Debtor(s) case for the reasons as stated above.

DATE: 3/23/26                                              /s/ KATHLEEN A LEAVITT
        tls                                                        _____
                                                                    Kathleen A. Leavitt
                                                                    CHAPTER 13 BANKRUPTCY TRUSTEE