Erik Severino, Esq.
Nevada Bar 10221
LAW OFFICE OF ERIK SEVERINO
7251 W. Lake Mead Blvd., #300
Las Vegas, NV 89128
(702) 370-0155
Erik@mylasvegaslawyers.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | Chapter:     13 |
| | ) | Case No.:    25-11198-NMC |
| ALFRED THOMAS DEVAULT, | ) | |
| | ) | |
| | ) | |
| | ) | Hearing Date:  June 25, 2026 |
| | ) | Hearing Time: 1:30 pm |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |

**NOTICE OF HEARING ON DEBTOR'S CHAPTER 13 PLAN #2**

**NOTICE IS HEREBY GIVEN** that a Chapter 13 Plan #2 was filed on May 12, 2026, by debtor ALFRED THOMAS DEVAULT, by and through his attorney, Erik Severino, Esq.  Any objection must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Plan, or if you want the Court to consider your views on the Plan, then you must file an opposition with the Court, and serve a copy on the person making the Plan ***no later than 14 days*** preceding the hearing date for the plan, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c). If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If

you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Plan will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. S., Third Floor, Bankruptcy Courtroom No. 4, Las Vegas, NV 89101 on June 25, 2026, at the hour of 1:30 p.m.

DATED this 12th Day of May, 2026

LAW OFFICE OF ERIK SEVERINO

/s/ Erik Severino_____
ERIK SEVERINO, ESQ.
Nevada Bar 10221
7251 W Lake Mead Blvd., #300
Las Vegas, NV 89128
Attorney for Debtor

# United States Bankruptcy Court
### District of Nevada

In re   **Alfred Thomas Devault**                       Case No.   **25- 1198**

                              Debtor(s)             Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on  **May 12, 2026,** a copy of Plan #2 and Notice of Hearing for Debtor's Chapter 13 Plan #2 was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Alfred Thomas Devault**
**4571 Dopo Ct.**
**Las Vegas, NV 89135**

**Redrock Financial Services**
**770 E. Warm Springs Rd. Ste 320**
**Las Vegas, NV 89119**

**Shellpoint**
**Po Box 650840**
**Dallas, TX 75265**

**Siena Community Association**
**c/o First Service Residential**
**8290 Arville St.**
**Las Vegas, NV 89139**

/s/ Erik Severino, Esq.
**Erik Severino, Esq.**
**Law Office of Erik Severino**
**7251 W. Lake Mead Blvd., Ste 300**
**Las Vegas, NV 89128**
**702-370-0155**
**erik@mylasvegaslawyers.com**