KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV  89101
(702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>ALFRED THOMAS DEVAULT<br><br><br>**Debtor** | Chapter 13<br>Case No: -25-11198-ABL<br><br><br>Hearing Date: June 25, 2026<br>Hearing Time:  1:30 pm |

LAW OFFICE OF ERIK SEVERINO
Attorney for Debtor

### TRUSTEE'S OPPOSITION TO CONFIRMATION OF POST-CONFIRMATION MODIFIED PLAN - #2 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of proposed #2 and hereby represents the following:

The Debtor filed for Chapter 13 relief, or was converted from a Chapter 7, on March 04, 2025.  The Debtor's Chapter 13 Plan #1  was confirmed on June 26, 2025.

The Trustee objects to confirmation of the proposed #2 as follows:

- Debtor has failed to file amended Schedules I and J to reflect Debtor(s) current financial situation.
- Debtor has failed to provide copies of the most recent three(3) months of pay verification.
- The Debtor(s) has/have not submitted the following year(s) Tax Return(s) to the Trustee: 2025
- The Debtor(s) has/have not turned over tax refunds for the following tax year(s) 2025, in the amount of TBD upon reciept of return.
- Not all creditors were included on the Certificate of Service
- __Mortgage conduit payments are $1492.48. __Pre petition arrears for Shell Point are $87,109.00 __Shell Point has filed for fees/charges in the amount of $1225.00.  This amount needs to be provide in plan.
- _ Sections 2.5-2.7 does not list any payments.  Therefore plan is not feasible.

• __Sienna Community Assoc need to be listed in section 4.2 Pre-Petition arrearages.

In order for the Trustee to fulfill her duties under the Bankruptcy Code, the above noted documents must be filed with the court and provide to the Trustee before review of the modified plan will commence.

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed.

DATE: 6/8/26                                    /s/KATHLEEN A LEAVITT_____
                                               KATHLEEN A. LEAVITT,TRUSTEE

dgt

KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4Th Street
Suite 101
Las Vegas, NV  89101

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:

ALFRED THOMAS DEVAULT

**CASE NO: BKS-25-11198-ABL**
**Chapter 13**

**Debtor (s)**

# CERTIFICATE OF SERVICE

1.  On June 08, 2026, I served the following document(s):

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF POST-CONFIRMED PLAN - 2 COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

2.  I served the above-named documents(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

ALFRED THOMAS DEVAULT
4571 DOPO CT
LAS VEGAS, NV  89135

LAW OFFICE OF ERIK SEVERINO
7251 W LAKE MEAD BLVD
SUITE 300
LAS VEGAS, NV  89128

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 6/8/26                                     /s/ Esther Carr

An Employee of
Kathleen A. Leavitt
Chapter 13 Standing Trustee