Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 07, 2026

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
711 South 4th Street, Suite 101
Las Vegas, Nevada 89101
Telephone: (702) 853-0700
E-mail: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ALFRED THOMAS DEVAULT,<br><br>Debtor(s). | Case No. 25-11198 ABL<br>Chapter 13<br><br>**CONDITIONAL ORDER ON TRUSTEE'S MOTION TO DISMISS**<br><br>Date: June 25, 2026<br>Time: 2:00 p.m. |

The hearing regarding the Trustee's Motion to Dismiss was held on the date and time above-captioned; notice of said hearing was properly given; counsel for the Trustee being present and the Debtor(s) being represented by attorney, Erik Severino, Esq, at the pre-hearing conference; now, therefore,

**IT IS HEREBY ORDERED** that by **September 3, 2026,** the Debtor(s) must confirm a modified plan.

**IT IS FURTHER ORDERED** that should the Debtor fail to comply with the above-stated

conditions will result in the Trustee submitting a Declaration of non-compliance together with a dismissal order without further hearing.

Submitted by:

/s/ Danielle N. Gueck-Townsend
DANIELLE N. GUECK-TOWNSEND, ESQ.
Nevada Bar No. 12164
711 South 4th Street, Suite 101
Las Vegas, Nevada 89101
Attorney for Kathleen A. Leavitt,
Chapter 13 Bankruptcy Trustee
Dated: 7/1/2026

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies as follows:

_______ The court has waived the requirement set forth in LR 9021(b)(1).

_______ No party appeared at the hearing or filed an objection to the motion.

___X___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

LAW OFFICE OF ERIK SEVERINO — Approved: _X____ Disapproved: ______ Failed to Respond: ______

__/s/Erik Severino, Esq. ______________
ERIK SEVERINO
Nevada Bar No. 10221
7251 W. Lake Meade Blvd, Suite 300
Las Vegas, NV 89128
Attorneys for: Alfred Devault
Dated:___7/2/2026________

______ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###