KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV 89101
(702) 853-0700
(702) 853-0713

Electronically filed

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>ALFRED THOMAS DEVAULT<br><br>Debtor(s). | CASE NO: 25-11198-ABL<br>Chapter 13<br><br>**NOTICE OF ENTRY OF ORDER ON CONDITIONAL ORDER ON TRUSTEE'S MOTION TO DISMISS**<br><br>Date:June 25, 2026<br>Time: 2:00 pm |

PLEASE TAKE NOTICE that the **Order re: Conditional Order on Trustee's Motion to Dismiss** was entered on the Court's docket 7/7/2026 as Docket No 46.

Dated: 7/8/2026

/s/ Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kathleen A. Leavitt, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; than on 7/8/26, a copy of the foregoing Notice of Entry of Order together with a copy of said Order was served as specified below:

**1. Electronic Service through Court's ECF System:**

Pursuant to Local Rules 2002 and 5005 the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

**2. United States Postal Service, postage fully prepaid:**

**Debtor(s):**

ALFRED THOMAS DEVAULT
4571 DOPO CT
LAS VEGAS, NV 89135

**Request(s) for Special Notice Parties not noticed through the Court's ECF Sytstem:**

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC 29603-0826

TIFFANY & BOSCO PA
C/O REGINA A HABERMAS ESQ
10100 W CHARLESTON BLVD SUITE 220
LAS VEGAS, NV 89135

**Mailing Matrix:**

LAW OFFICE OF ERIK SEVERINO
7251 W LAKE MEAD BLVD
SUITE 300
LAS VEGAS, NV 89128

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Esther Carr
ESTHER CARR, Noticing Clerk and
Employee of Kathleen A. Leavitt
Chapter 13 Bankruptcy Trustee