Honorable August B. Landis
United States Bankruptcy Judge

**KATHLEEN A. LEAVITT**
**CHAPTER 13 BANKRUPTCY TRUSTEE**
**711 S 4th Street Suite 101**
**Las Vegas, NV 89101**
**(702) 853-0700**
**kal13mail@las13.com**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **IN RE:**<br><br>**ALFRED THOMAS DEVAULT,**<br><br>**Debtor** | **Chapter 13**<br>**Case No: 25-11198-ABL**<br><br>**ORDER DENIAL OF CONFIRMATION AND DISMISSING CASE**<br><br>Hearing Date: 09/03/2026<br>Hearing Time: 1:30 pm |

The Debtor(s)' proposed chapter 13 Plan #3 having come on for confirmation hearing on the above captioned date and time; the Trustee having filed an Opposition to Confirmation Combined with Recommendation for Dismissal, the following parties have appeared: [X] Trustee [ ] Debtor [ ] Attorney for Debtor [ ] Other , after all pleadings and arguments having been considered by this Court, and good cause appearing therefore;

IT IS HEREBY ORDERED that confirmation of the Plan is denied and that the above-captioned proceedings under Chapter 13 be DISMISSED for the following reason(s):

- Delinquent with payments required by the plan. 11 U.S.C. sec. 1326(a), 1307 (c)(1) & (6).

- Other Reason: Failure to comply with the terms of the Conditional Order dated 7/7/2026, dkt #46.

DATED: 09/08/2026

Submitted by:

/s/ KATHLEEN A. LEAVITT
Kathleen A. Leavitt
Chapter 13 Trustee
(bg)

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

____ The court has waived the requirement set forth in LR 9021 (b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disproved the order, or failed to respond, as indicated below:

Approved: ________
Disapproved: ________
Failed to Respond: ________

____ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###