NVB 1017−1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ALFRED THOMAS DEVAULT

Debtor(s)

BK−25−11198−abl
CHAPTER 13

NOTICE OF DISMISSAL;
NOTICE THAT ALL PENDING HEARINGS ARE VACATED

On 9/10/26, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 9/10/26

Dan Owens
Clerk of Court