United States Bankruptcy Court
District of Nevada

In re: Case No. 25-11198-abl
ALFRED THOMAS DEVAULT Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Sep 11, 2026 Form ID: adindsm Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ALFRED THOMAS DEVAULT, 4571 DOPO CT., LAS VEGAS, NV 89135-2542 |
| 12542008 | + | Redrock Financial Services, 770 E. Warm Springs Rd. Ste 320, Las Vegas, NV 89119-4317 |
| 12542010 | + | Siena Community Association, c/o First Service Residential, 8290 Arville St., Las Vegas, NV 89139-7114 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: BNC@las13.com | Sep 12 2026 01:45:00 | KATHLEEN A. LEAVITT, 711 SOUTH 4TH ST SUITE # 101, LAS VEGAS, NV 89101-6762 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Sep 12 2026 01:45:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Sep 12 2026 01:44:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Sep 12 2026 01:44:00 | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Sep 12 2026 01:45:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Sep 12 2026 01:44:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH STREET, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Sep 12 2026 01:45:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Sep 12 2026 01:45:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Sep 12 2026 01:44:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| cr | + | Email/Text: BKMailings@NBSDefaultServices.com | Sep 12 2026 01:45:00 | THE BANK OF NEW YORK MELLON, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 12603568 | | EDI: PRA.COM | Sep 12 2026 05:38:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 12624447 | | EDI: PRA.COM | Sep 12 2026 05:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 12550949 | | EDI: Q3G.COM | Sep 12 2026 05:38:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 12542009 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 12 2026 01:44:00 | Shellpoint, Po Box 650840, Dallas, TX 75265-0840 |
| 12558596 | + | Email/Text: BKNotices@tblaw.com | Sep 12 2026 01:45:00 | TIFFANY & BOSCO, P.A., c/o Regina A. Habermas, Esq., 10100 W. Charleston Boulevard, Suite 220, Las Vegas, NV 89135-5001 |
| 12604909 | | Email/Text: mtgbk@shellpointmtg.com | Sep 12 2026 01:44:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | *+ | The Bank of New York Mellon, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ERIK C SEVERINO | on behalf of Debtor ALFRED THOMAS DEVAULT erik@mylasvegaslawyers.com kate@mylasvegaslawyers.com;emily@mylasvegaslawyers.com;kweldon@mylasvegaslawyers.com;jill@mylasvegaslawyers.com;daily@mylasvegaslawyers.com;severinoer90555@notify.bestcase.com |
| KATHLEEN A. LEAVITT | courtsecf3@las13.com |
| REGINA A. HABERMAS | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-46CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-46CB rh@tblaw.com, nvbk@tblaw.com |

TOTAL: 3

NVB 1017−1 (Rev. 8/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ALFRED THOMAS DEVAULT

Debtor(s)

BK−25−11198−abl
CHAPTER 13

NOTICE OF DISMISSAL;
NOTICE THAT ALL PENDING HEARINGS ARE VACATED

On 9/10/26, the Bankruptcy Court for the District of Nevada entered an order dismissing this bankruptcy case. As a result, all pending hearings in the case, except any pending hearings regarding Appeals and Motions to Reconsider, are hereby vacated and will be taken off calendar without further notice. This notice does not affect the status of any adversary proceedings or any motions or matters that are pending in such adversary proceedings.

Dated: 9/10/26

Dan Owens
Dan Owens
Clerk of Court