KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
711 S 4th Street
Suite 101
Las Vegas, NV 89101
(702)853-0700

E-filed

**UNITED STATES BANKRUPTCY COURT**
**NEVADA DIVISION**

| | |
|---|---|
| **IN RE:**<br>**ALFRED THOMAS DEVAULT**<br><br>**Debtor** | **Case No: -25-11198-ABL**<br>**Chapter 13** |

## CERTIFICATE OF SERVICE

1. On October 06, 2026 I served the following document(s):

**Chapter 13 Standing Trustee's Final Report and Account-Dismissed**

2. I served the above- named document(s) by the following means to the persons as listed below:

**United States mail, postage fully prepaid**

ALFRED THOMAS DEVAULT
4571 DOPO CT
LAS VEGAS, NV 89135

ECF SERVICE -
LAW OFFICE OF ERIK SEVERINO
7251 W LAKE MEAD BLVD
SUITE 300
LAS VEGAS, NV 89128

ECF SERVICE -
OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BLVD SO
SUITE 4300
LAS VEGAS, NV 89101-5803

/s/ Esther Carr
Employee for
Kathleen A. Leavitt
Chapter 13 Standing Trustee